JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN SARKISSIAN,** | Case No.  2:24-CV-07241-JLS |
| **Petitioner,** | Case No.  2:13-CR-00719-4-JLS |
| **v.** | **JUDGMENT** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated:  October 31, 2025

_____
Hon. Josephine L. Staton
United States District Judge